UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH SHEROD CANNON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 15-14196-ADB |
| | * | |
| SERGEANT NOEL, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

MEMORANDUM AND ORDER

BURROUGHS, D.J.

For the reasons set forth below, the Court dismisses the Billerica House of Correction as a defendant and orders that summonses issue as to the remaining three defendants.

## I.  BACKGROUND

Joseph Sherod Cannon, an inmate confined at Rikers Island in East Elmhurst, New York, brings this action in which he alleges that his federal rights were violated while he was confined at the Billerica House of Correction in Massachusetts.[1]  Cannon names three individuals and the Billerica House of Correction as defendants.  In a separate order, the Court granted his motion for leave to proceed *in forma pauperis*.

## II.  DISCUSSION

Under 28 U.S.C. § 1915(e)(2), the Court may conduct a preliminary review of the complaint brought by a litigant proceeding without prepayment of the filing fee.  Similarly, under 28 U.S.C. § 1915A, prisoner complaints in civil actions that seek redress from a

---

[1] Cannon originally filed this action in the Federal District Court for the Southern District of New York; the court transferred the case after determining venue existed in this District of Massachusetts rather than in the Southern District of New York.  *See Cannon v. Noel*, C.A. No. 15-09573 (LAP) (S.D.N.Y.).

governmental entity or from officers or employees of a governmental entity are also subject to screening. Both § 1915 and § 1915A authorize federal courts to dismiss a complaint *sua sponte* if the claims therein are frivolous, malicious, fail to state a claim on which relief may be granted, or seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2); 28 U.S.C. § 1915A(b).

Upon reviewing the complaint, the Court concludes that the plaintiff has failed to state a claim upon which relief may be granted against the Billerica House of Correction. Jails and prisons are only buildings; they are not suable entities. *See, e.g.*, *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (per curiam); *Marsden v. Fed. Bureau of Prisons*, 856 F. Supp. 832, 836 (S.D.N.Y. 1994). The Court will allow the case to go forward as to the other defendants.

### III. CONCLUSION

Accordingly:

1. The Billerica House of Correction shall be dismissed as a defendant in this action.

2. The Clerk shall issue summonses as to the remaining defendants. The plaintiff is responsible for serving the summonses, complaint, and this Order upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1. Service must be completed within 90 days of the date of this Order.

3. Because the plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If the plaintiff chooses to have service completed by the USMS, he shall provide the agency with all papers for service on the defendants and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United

States.  The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

**SO ORDERED.**

January 12, 2016 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE